UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TERENCE J. DEVINE | ) | |
| Plaintiff | ) | |
| v. | ) | No. 2:25-cv-00541-LEW |
| ARA ERESIAN, JR. | ) | |
| Defendant | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

On January 7, 2026, the United States Magistrate Judge filed with the Court, with a copy to the Defendant, the Recommended Decision (ECF No. 7) on an Order to Show Cause (ECF No. 4) as to why this matter should not be dismissed or transferred to the District of Massachusetts. The time within which to file objections expired on January 21, 2026, and no objection was filed. The Magistrate Judge notified the Defendant that failure to object would waive their right to *de novo* review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The matter is DISMISSED.

**SO ORDERED.**

Dated this 2nd day of February, 2026.

/s/ Lance E. Walker
Chief U.S. District Judge